UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS DIETER FELDER,<br>　　　　Plaintiff,<br>　　v.<br>GEO GROUP, et al.,<br>　　　　Defendants. | Case No. 23-cv-02240-HSG<br>**ORDER OF DISMISSAL** |

On or about May 8, 2023, Petitioner filed this *pro se* civil rights action under 42 U.S.C. § 1983, and an application to proceed *in forma pauperis*. Dkt. Nos. 1, 2. That same day, the Court informed Plaintiff that his application to proceed *in forma pauperis* was deficient because he did not attach the required forms, namely a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at his correctional facility and a copy of his prisoner trust account statement showing transactions for the last six months. Dkt. No. 3. The Court informed Plaintiff that he must address these deficiencies within twenty-eight days of the date of the deficiency notice, or face dismissal of this action. *Id.* On June 20, 2023, the deficiency notice was returned to the Court as undeliverable, with the notation that a PFN# was required. Dkt. No. 5. On June 23, 2023, the Court resent the deficiency notice to Plaintiff, listing his current inmate number. Dkt. No. 6. This deficiency notice again informed Petitioner that he had twenty-eight days of the date of the deficiency notice to remedy the deficiencies, or face dismissal of this action. *Id.* On August 3, 2023, Plaintiff filed another application for leave to proceed *in forma pauperis*, but again failed to attach the required forms. Dkt. No. 8. This action cannot proceed without either the filing fee or a complete application to proceed *in forma pauperis*. Accordingly, this action is DISMISSED for failure to pay the filing fee or file a complete application to proceed *in forma*

*pauperis*.  The dismissal is without prejudice to Plaintiff filing a motion to reopen the action.  Any motion to reopen must be accompanied by either the filing fee or a complete application to proceed *in forma pauperis*.  The Clerk shall enter judgment in favor of Defendants and against Plaintiff, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED.**

Dated:    9/21/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge