UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS DIETER FELDER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LEROY MAYO, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-02240-EKL<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a former federal prisoner, filed a civil rights action. Court mail that the Clerk sent to plaintiff at his last known addresses has been returned as undeliverable. ECF No. 20. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. Accordingly, this action is DISMISSED without prejudice. Plaintiff has failed to keep the Court apprised of his current address as required by Civil Local Rule 3-11(b) and has failed to prosecute this matter. *See* Fed. R. Civ. P. 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the suit and have proceedings reinstated.

**IT IS SO ORDERED.**

Dated: January 7, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　Eumi K. Lee
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge